IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TELLAS NORTHINGTON                                                                                  PETITIONER
ADC #130676

v.                           CASE NO.: 5:10CV00064 BSM/BD

RAY HOBBS, Interim Director,
Arkansas Department of Correction                                                          RESPONDENT

## RECOMMENDED DISPOSITION

**I.**     **Procedure for Filing Objections:**

The following recommended disposition has been sent to United States District Court Judge Brian S. Miller.  Any party may serve and file written objections to this recommendation.  Objections should be specific and should include the factual or legal basis for the objection.  If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection.  An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the Recommended Disposition.  A copy will be furnished to the opposing party.  Failure to file timely objections may result in waiver of the right to appeal questions of fact.

Mail your objections and "Statement of Necessity" to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

## II.   Background:

Petitioner has moved to dismiss his petition for writ of habeas corpus, without prejudice (docket entry #10).  In the motion, Petitioner notes that he has two post-conviction petitions pending in State court.  These State petitions were filed prior to the filing of the instant petition (#1).  He requests that this Court dismiss his petition without prejudice so he may "finish exhausting his available State court remedies."  (#10, p. 2)

Respondent has not responded to the motion to dismiss.[1]  In response to the petition, however, Respondent notes the two post-conviction petitions pending in the Crittenden County Circuit Court (#6).  Respondent argues that the State post-conviction petitions were not timely filed under Rule 37 of the Arkansas Rules of Criminal Procedure (#6, p. 5-7), and further argues that the untimely State petitions, though still pending, do not toll the one-year limitation period under 28 U.S.C. § 2244(d)(1).

In the interest of comity, Arkansas courts should have an opportunity to determine the timeliness of the post-conviction petitions pending in State court.  It is especially appropriate considering that the question of timeliness is controlled by Arkansas procedural rules.  Accordingly, Petitioner's motion should be granted, and this petition (#1) should be dismissed, without prejudice.

---

[1] A response is not due until April 26, 2010.

**III.     Conclusion:**

The Court recommends that Petitioner's motion to dismiss (#10) be GRANTED; that his petition for writ of habeas corpus be DISMISSED, without prejudice; and that the pending Motion for Default Judgement (#7) be DENIED, as moot.

DATED this 13th day of April, 2010.

_____
UNITED STATES MAGISTRATE JUDGE