# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**TELLAS NORTHINGTON,**                                                                    **PETITIONER**
**ADC #130676**

**v.**                    **CASE NO. 5:10cv00064 BSM/BD**

**RAY HOBBS, Interim Director,**
**Arkansas Department of Correction**                                                      **RESPONDENT**

## ORDER

The court has received the recommended disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the recommended disposition, as well as a *de novo* review of the record, it is concluded that the recommended disposition should be, and hereby is, approved and adopted in all respects in its entirety.

Petitioner's motion to dismiss [Doc. No. 10] is GRANTED, and this petition [Doc. No. 1] is dismissed without prejudice. Petitioner's pending motion for default judgment [Doc. No. 7] is DENIED, as moot.

IT IS SO ORDERED this 24th day of May, 2010.

_____
UNITED STATES DISTRICT JUDGE