# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**TELLAS NORTHINGTON,**  **PETITIONER**
ADC #130676

v.  CASE NO. 5:10cv00064 BSM/BD

**RAY HOBBS, Interim Director,**
Arkansas Department of Correction  **RESPONDENT**

## JUDGMENT

Consistent with the order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 24th day of May, 2010.

_____
UNITED STATES DISTRICT JUDGE